Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Acosta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>      Plaintiff,<br><br>    vs.<br><br>NIRMAL SINGH GILL dba ARCO GAS & FOOD MART, et al.,<br><br>      Defendants. | No. 1:17-cv-00262-LJO-SKO<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER**<br><br>(Doc. 32) |

Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Nirmal Singh Gill dba Arco Gas & Food Mart, Navdeep Singh dba Arco Gas & Food Mart, Melvin C. Armey, and Carol L. Gano ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court amend the current deadlines set by this Court's Scheduling Order, dated September 8, 2017 (Dkt. 21) ("Scheduling Order") as follows:

**WHEREAS,** counsel for Defendants is in the process of withdrawing as counsel and as such there has been a delay in Defendants' responding to written discovery;

**WHEREAS,** the Parties had previously been discussing settlement and, given the withdrawal of defense counsel, are unsure where Defendants stand on the issue at this time but

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

1

1  are hopeful that a settlement can be reached at the settlement conference which is set for
2  February 9, 2018 at 11:00 a.m.;

**WHEREAS,** to allow the Parties an opportunity to resolve the issues regarding discovery, and to work toward an ultimate resolution of the case, Court has ordered the Parties to file a joint stipulation to continue discovery deadlines by not more than 30 days (Dkt. 30);

**WHEREAS,** continuing the discovery deadlines will also necessitate continuing the motion filing deadlines, particularly for dispositive motions which cannot be drafted until expert discovery has been completed, and the current April 25, 2018 deadline for filing dispositive motions conflicts with the new expert disclosure and expert discovery cutoff dates;

**NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-expert discovery cutoff | March 2, 2018 | March 30, 2018 |
| Expert discovery cutoff | April 13, 2018 | May 11, 2018 |
| Expert disclosures | March 9, 2018 | April 6, 2018 |
| Rebuttal expert disclosures | March 23, 2018 | April 20, 2018 |
| Non-dispositive motion filing deadline | April 13, 2018 | May 11, 2018 |
| Non-dispositive motion hearing deadline | May 16, 2018 | June 13, 2018 |
| Dispositive motion filing deadline | April 25, 2018 | May 23, 2018 |
| Dispositive motion hearing deadline | June 6, 2018 | July 11, 2018 |

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

//

| | | |
|---|---|---|
| 1 | Dated: January 31, 2018 | MISSION LAW FIRM, A.P.C. |
| 2 | | |
| 3 | | */s/ Zachary M. Best*<br>Zachary M. Best |
| 4 | | Attorneys for Plaintiff,<br>Jose Acosta |
| 5 | | |
| 6 | Dated: January 31, 2018 | */s/ Bruce A. Neilson*<br>Bruce A. Neilson |
| 7 | | Attorneys for Defendants,<br>Nirmal Singh Gill dba Arco Gas & Food Mart, |
| 8 | | Navdeep Singh dba Arco Gas & Food Mart, Melvin<br>C. Armey, and Carol L. Gano |

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

# **ORDER**

Based on the parties' above-Stipulation to modify the Court's Scheduling Order (Doc. 32), and good cause appearing pursuant to Fed. R. Civ. P. 16(b)(4), the Court hereby GRANTS the Stipulation and modifies its September 8, 2017, Scheduling Order (Doc. 21) as follows:[1]

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-expert discovery cutoff | March 2, 2018 | March 30, 2018 |
| Expert discovery cutoff | April 13, 2018 | May 11, 2018 |
| Expert disclosures | March 9, 2018 | April 6, 2018 |
| Rebuttal expert disclosures | March 23, 2018 | April 20, 2018 |
| Non-dispositive motion filing deadline | April 13, 2018 | April 25, 2018 |
| Non-dispositive motion hearing deadline | May 16, 2018 | May 23, 2018 |
| Dispositive motion filing deadline | April 25, 2018 | unchanged |
| Dispositive motion hearing deadline | June 6, 2018 | unchanged |

All other requirements set forth in the Scheduling Order relating to the above remain unchanged, including the pre-trial and trial dates.

IT IS SO ORDERED.

Dated: **February 2, 2018**       /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Several of the dates proposed by the parties have been adjusted to allow the Court adequate time to rule on non-dispositive and dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial.