1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorneys for Plaintiff,
   Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOSE ACOSTA,                                ) No. 1:17-cv-00262-LJO-SKO
                                            )
         Plaintiff,                         ) **STIPULATION TO AMEND**
                                            ) **SCHEDULING ORDER; ORDER**
    vs.                                     )
                                            ) (Doc. 48)
NIRMAL SINGH GILL dba ARCO GAS &            )
FOOD MART, et al.,                          )
                                            )
                                            )
         Defendants.                        )
                                            )
_____)

Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Nirmal Singh Gill dba Arco Gas & Food Mart, Navdeep Singh dba Arco Gas & Food Mart, Melvin C. Armey, and Carol L. Gano ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court amend the current deadlines set by this Court's Scheduling Order, dated September 8, 2017 (Dkt. 21) ("Scheduling Order") as follows:

**WHEREAS,** on February 20, 2018, the Court modified the Scheduling Order to extend the non-expert discovery cut-off date to May 11, 2018 (Dkt. 47). This date falls *after* the deadline to file the Motion for Summary Judgment, which is April 25, 2018. Additionally, the expert disclosure deadline (April 6, 2018), the rebuttal expert deadline (April 20, 2018), and

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

1

the non-dispositive motion filing deadline (April 25, 2018) all fall *before* the non-expert discovery cut-off date.

**WHEREAS,** counsel for all Defendants withdrew from the matter on February 21, 2018, and Defendants Armey and Gano recently had new counsel appear on February 14, 2018. Defendants Singh and Gill are without counsel and need time to hire same who can get up to speed on the matter prior to trial;

**WHEREAS,** Plaintiff's trial counsel, Zachary Best, has a prepaid, non-refundable cruise where he will be out of state from July 24, 2018 to August 7, 2018, during which time the pretrial conference is scheduled (August 1, 2018);

**NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Expert discovery cutoff | May 11, 2018 | July 11, 2018 |
| Expert disclosures | April 6, 2018 | June 1, 2018 |
| Rebuttal expert disclosures | April 20, 2018 | June 15, 2018 |
| Non-dispositive motion filing deadline | April 25, 2018 | June 20, 2018 |
| Non-dispositive motion hearing deadline | May 23, 2018 | July 18, 2018 |
| Dispositive motion filing deadline | April 25, 2018 | August 23, 2018 |
| Dispositive motion hearing deadline | June 6, 2018 | September 20, 2018 |
| Pretrial Conference | August 1, 2018 | October 17, 2018 |
| Trial | September 25, 2018 | December 11, 2018 |

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged.

| | | |
|---|---|---|
| 1 | Dated: February 28, 2018 | MISSION LAW FIRM, A.P.C. |
| 2 | | |
| 3 | | */s/ Zachary M. Best*<br>Zachary M. Best |
| 4 | | Attorneys for Plaintiff,<br>Jose Acosta |
| 5 | | |
| 6 | Dated: February 23, 2018 | VAUGHAN AND ASSOCIATES |
| 7 | | |
| 8 | | */s/ Cris C. Vaughan*<br>Cris C. Vaughan |
| 9 | | Attorneys for Defendants,<br>Melvin C. Armey and Carol L. Gano |
| 10 | | |
| 11 | Dated: February 26, 2018 | */s/ Nirmal Singh Gill* |
| 12 | | Nirmal Singh Gill dba Arco Gas & Food Mart,<br>Defendant in pro se |
| 13 | | |
| 14 | Dated: February 26, 2018 | */s/ Navdeep Singh* |
| 15 | | Navdeep Singh dba Arco Gas & Food Mart,<br>Defendant in pro se |

## **ATTESTATION**

I attest that the original signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

*/s/ Zachary M. Best*
Zachary M. Best, Attorney for
Plaintiff, Jose Acosta

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

# **ORDER**

The parties assert that the Court should modify the scheduling order because "Plaintiff's trial counsel, Zachary Best, has a prepaid, non-refundable cruise where he will be out of state from July 24, 2018 to August 7, 2018, during which time the pretrial conference is scheduled (August 1, 2018)." (Doc. 48 at 2.)

The parties are reminded that the Court set the August 1, 2018 pretrial conference date at the scheduling conference held on September 8, 2017. At no time during that scheduling conference, or any point during the intervening months prior to filing the above-stipulation, did Plaintiff's counsel notify the Court that he had a "prepaid, non-refundable cruise," causing him to be unavailable on August 1, 2018, the date of the pretrial conference. **Indeed, as recently as January 31, 2018, the parties explicitly requested that the Court retain the August 1, 2018 pretrial conference date**. (*See* Docs. 32, 33.) It therefore appears that Plaintiff's counsel either (a) booked his cruise before the Court set the pretrial conference, but failed to inform the Court of this conflict either at the scheduling conference or in the almost five months following it (during which he filed a stipulation requesting that the Court reaffirm the August 1, 2018 date) or (b) booked his cruise *after* the Court had already set the pretrial conference date (perhaps even as recently as last month). Neither action merits granting the parties' request for a continuance of the pretrial conference and the trial dates. The parties are further reminded that "[a] scheduling order is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded [ ] without peril," *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607–08 (9th Cir. 1992), and any further requests to modify the Court's scheduling order must be supported by good cause under Fed. R. Civ. P. 16(b)(4) or else they will be denied.

Based on the foregoing, and finding good cause to support *some* of the requested modifications, the Court **HEREBY ORDERS** the Scheduling Order, dated September 8, 2017 (Doc. 21), amended as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Expert discovery cutoff | May 11, 2018 | unchanged |
| Expert disclosures | April 6, 2018 | unchanged |
| Rebuttal expert disclosures | April 20, 2018 | unchanged |
| Non-dispositive motion filing deadline | April 25, 2018 | May 11, 2018 |
| Non-dispositive motion hearing deadline | May 23, 2018 | June 13, 2018 |
| Dispositive motion filing deadline | April 25, 2018 | May 11, 2018 |
| Dispositive motion hearing deadline | June 6, 2018 | June 8, 2018 |
| Pretrial Conference | August 1, 2018 | August 8, 2018 |
| Trial | September 25, 2018 | unchanged |

IT IS SO ORDERED.

Dated: **March 1, 2018**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

5